IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ERICA BARGA, *et al.*,

        Plaintiffs,

vs.

VILLAGE OF ST. PARIS, OHIO, *et al.*,

        Defendants.

Case No. 3:21cv27

JUDGE WALTER H. RICE

---

ORDER

---

It is hereby ordered that the above captioned cause be administratively processed.[1]

IT IS SO ORDERED.

July 13, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

---

[1] Stayed pursuant to the June 1, 2022 conference call between Court and counsel and this Court's Entry of July 13, 2022.