IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ERICA BARGA, *et al.*,

        Plaintiffs,

  vs.

VILLAGE OF ST. PARIS, OHIO, *et al.*,

        Defendants.

Case No. 3:21cv27

JUDGE WALTER H. RICE

---

ENTRY SETTING FORTH ISSUES INDEPENDENT OF THE OUTCOME OF
THE ADMINISTRATIVE APPEAL DECIDED BY RETIRED COMMON
PLEAS COURT JUDGE DENNIS LANGER; STAY OF ALL DATES
PREVIOUSLY SET IN THE CAPTIONED CAUSE, INCLUDING THE
DECEMBER 5, 2022, TRIAL DATE, PENDING THE RESULTS OF THE
ANTICIPATED APPEAL OF SAID DECISION ON THE ADMINISTRATIVE
MATTER; REQUEST OF PLAINTIFFS' COUNSEL, MATTHEW SCHULTZ

---

During a June 1, 2022, telephone conference call between the Court and counsel, convened to discuss the viability of the December 5, 2022, trial date, the following matters were discussed and agreed upon:

    1.    Plaintiffs' counsel intends to appeal the decision of retired Common Pleas Court Judge Dennis Langer, on the administrative appeal.

    2.    There are two claims remaining in this case, independent of the administrative appeal, to wit: gender discrimination and retaliation.

    3.    Until such time as the Plaintiffs' appeal of Judge Dennis Langer's decision on the administrative appeal is finalized, all dates set forth in this Court's Scheduling Order of August 19, 2021 (Doc. #8), and the December 5, 2022, trial date set forth therein, are stayed.

4. Plaintiffs' counsel, Matthew Schultz, is requested to notify this Court as to the results of the appeal of Judge Langer's decision to the Ohio Second District Court of Appeals.

Until such time as the Court receives notification that the captioned cause is viable, the matter is STAYED and administratively processed.

July 13, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record